UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY LIONEL WHITE, | No. C 09-1746 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| R. K. WONG, warden, | |
| Respondent. | |

This action is dismissed without prejudice to petitioner filing a new habeas action after available state judicial remedies are exhausted.

IT IS SO ORDERED AND ADJUDGED.

DATED: September 14, 2009

SUSAN ILLSTON
United States District Judge